**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**   *Check one:*
   - ☐ Chapter 7
   - ☑ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**   **Harvest Plasma Torch Corporation**

3. **Other names you know the debtor has used in the last 8 years**

   **Westinghouse Plasma Corporation**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   - ☒ Unknown
   - EIN _____

5. **Debtor's address**

   **Principal place of business**

   **221 Westec Drive**
   Number      Street

   **Mt. Pleasant**      **PA**      **15666**
   City            State      Zip Code

   **Westmoreland County**
   County

   **Mailing address, if different**

   Number      Street

   P.O. Box

   City      State      Zip Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City      State      Zip Code

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**   *Check one:*

Debtor **Harvest Plasma Torch Corporation**    Case number *(if known)* **19-**

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes.   Debtor _____   Relationship _____
District _____   Date filed _____ MM/DD/YYYY   Case number, if known _____

Debtor _____   Relationship _____
District _____   Date filed _____ MM/DD/YYYY   Case number, if known _____

## Part 3: Report About the Case

**10. Venue** *Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Ronald O. Klatt** | | $ 497,934.97 |
| **William W. Grichin** | | $ 164,194.05 |
| **Denton W. Hough** | | $ 61,161.00 |
| **KNM Process Systems Sdn Bhd** | | $ 72,209.00 |
| **PSX, Inc.** | | $ 52,363.00 |
| | Total of petitioners' claims | $ 847,862.02 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

Debtor  **Harvest Plasma Torch Corporation**                               Case number *(if known)*  **19-**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative | Attorneys

Name and mailing address of petitioner
**Ronald O. Klatt**
Name

**7464 National Pike**
Number    Street

**Uniontown**          **PA**     **15401**
City                   State    Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City          State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **05/10/2019**
               MM / DD / YYYY

/s/ Ronald O. Klatt, former Employee
Signature of petitioner or representative, including representative's title

**William C. Price**
Printed name

**Clark Hill PLC**
Firm name, if any
**One Oxford Centre**
**301 Grant Street, 14th Floor**
Number    Street
**Pittsburgh**                    **PA**       **15219**
City                              State    Zip Code
Contact phone  **(412) 394-7776**   Email  **wprice@clarkhill.com**

Bar number  **90871**

State        **Pennsylvania**

**/s/ William C. Price**
Signature of attorney
Date signed   **05/10/2019**
              MM / DD / YYYY

Debtor   **Harvest Plasma Torch Corporation**                                    Case number *(if known)* __19-_____

## Part 4: Request for Relief

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br>William W. Grichin<br>Name<br><br>2225 William Penn Highway<br>Number    Street<br><br>Pittsburgh          PA         15235<br>City                State      Zip Code<br><br>**Name and mailing address of petitioner's representative, if any**<br><br>Name<br><br>Number    Street<br><br>City                State      Zip Code<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on   05/10/2019<br>              MM / DD / YYYY<br><br>/s/ William W. Grichin<br>Signature of petitioner or representative, including representative's title | William C. Price<br>Printed name<br><br>Clark Hill PLC<br>Firm name, if any<br>One Oxford Centre<br>301 Grant Street, 14th Floor<br>Number   Street<br>Pittsburgh          PA         15219<br>City                State      Zip Code<br>Contact phone  (412) 394-7776   Email  wprice@clarkhill.com<br><br>Bar number    90871<br><br>State         Pennsylvania<br><br><br>/s/ William C. Price<br>Signature of attorney<br>Date signed   05/10/2019<br>              MM / DD / YYYY |

Debtor **Harvest Plasma Torch Corporation**    Case number (if known) **19-**

## Part 4    Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Denton W. Hough
Name

3555 Route 130
Number    Street

Acme    PA    15610
City    State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    05/10/2019
                MM / DD / YYYY

*/s/ Denton W. Hough*
Signature of petitioner or representative, including representative's title

### Attorneys

**William C. Price**
Printed name

**Clark Hill PLC**
Firm name, if any
**One Oxford Centre**
**301 Grant Street, 14th Floor**
Number    Street
**Pittsburgh**    PA    15219
City    State    Zip Code
Contact phone    (412) 394-7776    Email    wprice@clarkhill.com

Bar number    90871

State    **Pennsylvania**

**/s/ William C. Price**
Signature of attorney
Date signed    05/10/2019
                MM / DD / YYYY

Debtor   Harvest Plasma Torch Corporation                                    Case number (if known)   19-

### Part 4  Request for Relief

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners Representative** | **Attorneys**

Name and mailing address of petitioner
KNM Process Systems Sdn Bhd
Name
15 Jalan Dagang SB 4/1
Taman Sungai Besi Indah
43300 Seri Kembangan, Selangor Darul Ehsan, Malaysia

Number   Street
                        PA          15235
City                    State       Zip Code

Name and mailing address of petitioner's representative, if any
Lee Swee Eng, Director
Name
15 Jalan Dagang SB 4/1,
Taman Sungai Besi Indah
43300 Seri Kembangan, Selangor Darul Ehsan, Malaysia

Number   Street

City                    State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   05/10/2019
              MM / DD / YYYY

Signature of petitioner or representative, including representative's title

William C. Price
Printed name

Clark Hill PLC
Firm name, if any
One Oxford Centre
301 Grant Street, 14th Floor
Number   Street
Pittsburgh              PA          15219
City                    State       Zip Code
Contact phone  (412) 394-7776   Email  wprice@clarkhill.com

Bar number
        90871

State   Pennsylvania

/s/ William C. Price
Signature of attorney
Date signed   05/10/2019
              MM / DD / YYYY

Debtor  **Harvest Plasma Torch Corporation**          Case number *(if known)*  **19-**

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

**PSX Inc.**
Name

**708 Terminal Way**
Number  Street

**Kennett Square**   **PA**   **19348**
City   State   Zip Code

**Name and mailing address of petitioner's representative, if any**

**Tony Hutchison**
Name

**708 Terminal Way**
Number  Street
**Kennett Square**   **PA**   **19348**
City   State   Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   **05/10/2019**
MM / DD / YYYY

/s/ *signature*  CEO
Signature of petitioner or representative, including representative's title

**William C. Price**
Printed name

**Clark Hill PLC**
Firm name, if any
**One Oxford Centre**
**301 Grant Street, 14th Floor**
Number  Street
**Pittsburgh**   **PA**   **15219**
City   State   Zip Code
Contact phone   **(412) 394-7776**   Email   **wprice@clarkhill.com**

Bar number   **90871**

State   **Pennsylvania**

**/s/ William C. Price**
Signature of attorney
Date signed   **05/10/2019**
MM / DD / YYYY